D. J. ISRAEL v. NICHOLS, SHEPARD & Co.

*Per Curiam:* The question decided in the foregoing case is also presented in this one from the same court. Upon the above authority, the judgment of the district court will be affirmed.